DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**P.A.,** the Father,
Appellant,

v.

**DEPARTMENT OF CHILDREN AND FAMILIES,** and
**STATEWIDE GUARDIAN AD LITEM OFFICE,**
Appellees.

No. 4D23-550

[August 9, 2023]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Victoria L. Griffin, Judge; L.T. Case No. 312021DP000087.

Thomas J. Butler of Thomas Butler, P.A., Miami Beach, for appellant.

Andrew Feigenbaum of Children's Legal Services, West Palm Beach, for appellee Department of Children and Families.

Sarah Elizabeth Goldfarb, Statewide Director of Appeals and Sarah Todd Weitz, Senior Attorney, Appellate Division of the Statewide Guardian ad Litem Office, Tallahassee, for appellee Guardian ad Litem.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and ARTAU, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***